# Order

Michigan Supreme Court
Lansing, Michigan

January 4, 2007

Clifford W. Taylor,
Chief Justice

132713 & (15)(16)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 132713
COA: 273484
Livingston CC: 06-015972-FC
53rd DC: 06-1172-FY

DANIEL SANFORD TESEN,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 29, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for expedited consideration as on leave granted. The motion for stay is GRANTED. The trial court proceedings are stayed pending the completion of this appeal. On motion of a party or its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

*Corbin R. Davis*

p0104

Clerk